**Morris Duffy Alonso & Faley**
Two Rector Street
New York, New York 10006
(212)766-1888
Fax (212)766-3252

June 27, 2008

**VIA ECF**

Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

    Re: **DOHERTY v. PARA & SON, et al.**
       07-CV-7460 (PKL)(MHD)

Dear Judge Leisure:

  I represent defendants in this matter. I am writing with the consent of counsel for plaintiffs to respectfully request the assistance of the Court in settling this case.

  At a conference held on June 26, 2008, Your Honor offered to us the opportunity to appear before Magistrate Judge Michael H. Dolinger for the purpose of mediation. We request that this mediation be scheduled for a date and time that is convenient for Magistrate Judge Dolinger. Counsel for the defendants will appear with someone with settlement authority.

  Thank you for your consideration.

                    Respectfully submitted,

                    Carl S. Sandel (CS 3594)

cc: Brett A. Zelowski, Esq. (via ECF)
   Parker Waichman Alonso Mark, LLP
   Attorney for Plaintiffs