```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
KATHERINE DOHERTY, et al.,
                                   :
            Plaintiffs,                    ORDER
                                   :
       -against-                           07 Civ. 7460 (PKL)(MHD)
                                   :
PARRA & SON TRANSPORT, LLC,        :
et al.,
                                   :
            Defendants.
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

   It is hereby

   **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **MONDAY, SEPTEMBER 8, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 3, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:


Brett Zekowski, Esq.
Parker, Watchman, Alonso & Mark
111 Great Neck Road
Suite 101
Great Neck, NY 10021


Carl Steven Sandel, Esq.
Morris Duffy Alonso & Faley
Two Rector Street, 22nd Floor
New York, NY 10006