**Morris Duffy Alonso & Faley**
Two Rector Street
New York, New York 10006
(212)766-1888
Fax (212)766-3252

August 13, 2008

**VIA ECF**

Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

          Re:    **DOHERTY v. PARA & SON, et al.**
                  07-CV-7460 (PKL)(MHD)

Dear Judge Leisure:

      I represent defendants in this matter. I am writing jointly with counsel for plaintiffs to respectfully request that the status conference scheduled for September 4, 2008, be adjourned. This is the first request for an adjournment.

      The reason for this request is that a settlement conference before Magistrate Judge Michael H. Dolinger is scheduled for September 8, 2008. Therefore, for the sake of judicial economy, we request that if the case does not settle, the conference before Your Honor be held after the settlement conference and at the convenience of the Court.

      Counsel for plaintiff and I thank you for your consideration in this matter.

                                                              Respectfully submitted,

                                                              Carl S. Sandel (CS 3594)

cc:    Brett A. Zelowski, Esq. (via ECF)
       Parker Waichman Alonso Mark, LLP
       Attorney for Plaintiffs